**Official Form 6C (04/07)**

**IN RE** Wiener, Donald R. & Wiener, Cindy L. _____ Case No. **07-43178** _____
                                              Debtor(s)

## **AMENDED SCHEDULE C - PROPERTY CLAIMED AS EXEMPT**

Debtor elects the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds $136,875.
(Check one box)

☑ 11 U.S.C. § 522(b)(2)
☐ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTIONS |
|---|---|---:|---:|
| **SCHEDULE A - REAL PROPERTY** | | | |
| **1/6 interest in real property- 308 Wilson Ave. SE, St. Cloud, MN 56304. Legal description- Lots 2 and 3, Block 29, East St. Cloud (now a part of the city of St. Cloud), Benton County, MN)** <br><br> **(Value listed is 1/6 of the total value. Exempt to the extent of $5,369, the remaining amount available under 11 U.S.C. § 522(d)(5))** | **11 USC § 522(d)(5)** | **5,369.00** | **20,834.00** |
| **SCHEDULE B - PERSONAL PROPERTY** | | | |
| **Checking at Wells Fargo (acct no xxxxxx1094)** | **11 USC § 522(d)(5)** | **1,713.00** | **1,713.00** |
| **Damage deposit with landlord** | **11 USC § 522(d)(5)** | 350.00 | 350.00 |
| **Computer** | **11 USC § 522(d)(3)** | 200.00 | 200.00 |
| **Miscellaneous bedroom furniture** | **11 USC § 522(d)(3)** | 1,300.00 | 1,300.00 |
| **Miscellaneous household goods** | **11 USC § 522(d)(3)** | 1,700.00 | 1,700.00 |
| **Miscellaneous living room furniture** | **11 USC § 522(d)(3)** | 2,000.00 | 2,000.00 |
| **Miscellaneous wearing apparel** | **11 USC § 522(d)(3)** | 1,000.00 | 1,000.00 |
| **Husband's wedding ring** | **11 USC § 522(d)(4)** | 150.00 | 150.00 |
| **Wife's wedding ring** | **11 USC § 522(d)(4)** | 300.00 | 300.00 |
| **IRA with Allstate** | **11 USC § 522(d)(12)** | 761.00 | 761.00 |
| **IRA with American Funds** | **11 USC § 522(d)(12)** | 740.00 | 740.00 |
| **100% Ownership of Assisting You, Inc. (business does not generate income)** | **11 USC § 522(d)(5)** | 1.00 | 1.00 |
| **1991 Chevrolet Suburban V1500 4WD (200,000 miles)** | **11 USC § 522(d)(2)** | 2,800.00 | 2,800.00 |
| **1995 Chevrolet Cavalier** | **11 USC § 522(d)(2)** | 2,200.00 | 2,200.00 |
| **Miscellaneous hand tools** | **11 USC § 522(d)(6)** <br> **11 USC § 522(d)(5)** | 2,025.00 <br> 4,975.00 | 7,000.00 |
| **Time share in Tennessee (1 week every other year. They are surrendering back to creditor. Has been listed for sale for 6 months and has not sold. D(5) exemption used by wife only)** | **11 USC § 522(d)(5)** | 1,223.00 | 7,700.00 |

© 1993-2007 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

Donald R. Wiener
Cindy L. Wiener

**SIGNATURE DECLARATION**

Case No. 07-43178

Debtor(s)

- [ ] PETITION, SCHEDULES & STATEMENTS
- [ ] CHAPTER 13 PLAN
- [ ] SCHEDULES & STATEMENTS ACCOMPANYING VERIFIED CONVERSION
- [x] AMENDMENT TO PETITION, SCHEDULES & STATETENTS
- [ ] MODIFIED CHAPTER 13 PLAN
- [ ] OTHER:

I/WE, the undersigned debtor(s) or authorized representative of the debtor, *make the following declarations under penalty of perjury:*

- The information I have given my attorney and provided in the electronically filed petition, statements, schedules, amendments, and/or chapter 13 plan, as indicated above, is true and correct;

- The information provided in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case is true and correct;

- **[individual debtors only]** If no Social Security Number is included in the "Debtor Information Pages" submitted as a part of the electronic commencement of the above-referenced case, it is because I do not have a Social Security Number;

- I consent to my attorney electronically filing with the United States Bankruptcy Court my petition, statements and schedules, amendments, and/or chapter 13 plan, as indicated above, together with a scanned image of this Signature Declaration and the completed "Debtor Information Pages," if applicable; and

- **[corporate and partnership debtors only]** I have been authorized to file this petition on behalf of the debtor.

Date: 12/29/07

X _Donald R. Wiener_
Signature of Debtor or Authorized Representative

X _Cindy Wiener_
Signature of Joint Debtor

Donald R. Wiener
Printed Name of Debtor or Authorized Representative

Cindy L. Wiener
Printed Name of Joint Debtor

Form ERS 1 (Rev. 10/03)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In re:

            UNSWORN DECLARATION OF
            PROOF OF SERVICE

  Donald R. Wiener
  Cindy L. Wiener

            Bankruptcy No. 07-43178

      Debtor(s)

I, Richard M. Schreiber, licensed to practice law in this Court, with an office address of P.O. Box 2273, Inver Grove Heights, MN 55076, declare that on October 30, 2007, I served a copy of Amended Schedule C, upon each of the entities named below either personally (as indicated) or by mailing to each of them a copy thereof by enclosing same in envelope with first class postage prepaid and depositing same in the post office at Inver Grove Heights, MN, addressed to each of them as follows:

**Copy to Debtor**

Don & Cindy Wiener
1920 10th Ave. S. # 3
St. Cloud, MN 56301

**Copy to Creditors**:

ALLIANCEONE RECEIVABLES MANAGEMENT, INC
P.O. BOX 21882
EAGAN, MN 55121-0882

AT&T UNIVERSAL
P.O. BOX 688902
DES MOINES, IA 50368-8902

BANK OF AMERICA
P.O. BOX 37279
BALTIMORE, MD 21297-3279

DISCOVER
P.O. BOX 30395
SALT LAKE CITY, UT 84130-0395

HSBC CARD SERVICES
P.O. BOX 5222
CAROL STREAM, IL 60197-5222

| | |
|---|---|
| IMERGENT<br>754 TECHNOLOGY<br>OREM, UT  84097 | STUDENT LOAN FINANCE CORP<br>P.O. BOX 790437<br>ST. LOUIS, MO  63179 |
| INTERNAL REVENUE SERVICE<br>STOP 5700<br>30 E 7TH ST, SUITE 1222<br>ST. PAUL, MN  55101-4940 | U.S. BANK<br>P.O. BOX 790408<br>ST. LOUIS, MO  63179-0408 |
| INTERNAL REVENUE SERVICE<br>P.O. BOX 21125<br>PHILADELPHIA, PA  19114 | U.S. BANK<br>P.O. BOX 5229<br>CINCINNATI, OH  45201 |
| MESSERLI & KRAMER<br>3033 CAMPUS DR, STE 250<br>PLYMOUTH, MN  55441 | WASHINGTON MUTUAL CARD SERV<br>P.O. BOX 660487<br>DALLAS, TX  75266-0487 |
| MINNESOTA DEPT OF REVENUE- BKY SECTION<br>P.O. BOX 64447<br>ST. PAUL, MN  55164-0447 | WELLS FARGO BANK<br>P.O. BOX 10438<br>DES MOINES, IA  50306-0736 |
| NORTHLAND GROUP, INC.<br>P.O. BOX 390905<br>EDINA, MN  55439 | WELLS FARGO CARD SERV<br>P.O. BOX 6412<br>CAROL STREAM, IL  60197-6412 |
| SEARS<br>P.O. BOX 6936<br>THE LAKES, NV  88901-6936 | WESTGATE RESORTS<br>10000 TURKEY LAKE RD, BLDG 200<br>ORLANDO, FL  32819 |
| | WESTGATE RESORTS<br>7450 SANDLAKE COMMONS BLVD<br>ORLANDO, FL  32819 |

and I declare, under penalty of perjury, that the foregoing is true and correct.


Date: October 30, 2007          Signed:  /e/ Richard M. Schreiber