In re:   Wiener, Donald R.
         Wiener, Cindy L.,                          Chapter 7
                                                    Bky. Case No. 07-43178

                              Debtors.

---

## ORDER

---

Upon the application of the trustee and the files and records,

**IT IS ORDERED**:

Upon closing of this case, Donald R. Wiener's 1/6 interest in real property located at 308

Wilson Avenue SE, St. Cloud, Minnesota, described as:

Lots Two (2) and Three (3), Block Twenty-Nine (29) East St. Cloud (now part of
the City of St. Cloud, County of Benton, State of Minnesota (the "Real Property"),

shall not be deemed abandoned and shall be preserved as an unadministered asset of the estate.

Dated:   June 28, 2010

/e/ Robert J. Kressel
Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/28/2010
Lori Vosejpka, Clerk, by SMD