UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA
_____

IN RE:     Wiener, Donald R.
           Wiener, Cindy L.
                                              CHAPTER 7
                                              BKY CASE NO. 07-43178
                    Debtor(s).
_____

**NOTICE OF SALE, ABANDONMENT, LEASE OR SETTLEMENT**
_____

To:   The United States Trustee, all creditors, and other parties in interest.

On **July 26, 2010**, or as soon thereafter as the transaction may be completed, the undersigned Trustee of the estate of the debtors named above will **abandon** property of the estate as follows:

The debtors listed the following property in their schedules:

1.  **Earned Unpaid Wages** – scheduled value:  $789.88
2.  **2007 Tax Refunds** – scheduled value**:  $650.67**

The **Earned Unpaid Wages and 2007 Tax Refunds** are, collectively, the "D5 Assets."

The debtors could have (but did not) claim the D5 Assets exempt under 11 U.S.C. §522(d)(5). The trustee abandons the D5 Assets on the basis that they are of inconsequential value and burdensome to the estate.

**OBJECTION: MOTION: HEARING**. Under applicable rules, any objection must be in writing, be delivered to the Trustee and the United States Trustee, and be filed with the clerk, not later than 12:00 o'clock noon on the day before the above date. If an objection is made or an order is required, the Trustee moves the court for such orders as may be necessary and appropriate. If an objection is timely delivered and filed, the court will hold an expedited hearing on the objection with reduced notice of the hearing. The hearing will be scheduled by the Trustee with notice by the Trustee to the objecting party and the United States Trustee.

| Clerk of Court | United States Trustee | Trustee |
|---|---|---|
| 301 U.S. Courthouse | 1015 U.S. Courthouse | P.O. Box 7035 |
| 300 South Fourth Street | 300 South Fourth Street | St. Paul, MN 55107 |
| Minneapolis, MN 55415 | Minneapolis, MN 55415 | |

Dated: June 28, 2010        */e/ Terri A. Running*
                            Terri A. Running
                            Trustee in Bankruptcy
                            (651) 699-6980
                            (651) 292-1234 *Facsimile*